UNITED STATES of America,
Plaintiff–Appellee,

v.

Arnaldo Torres MIRANDA,
Defendant–Appellant.

No. 11–15599
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 16, 2012.

Yvette Rhodes, Robert E. O'Neill, Austin D. Shutt, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Adam Scott Tanenbaum, Law Offices of Adam S. Tanenbaum, Tampa, FL, for Defendant–Appellant.

Before WILSON, ANDERSON and COX, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Arnaldo Torres Miranda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Miranda's convictions and sentences are **AFFIRMED.**